UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,           ) CASE NO. 2:12-cr-157-LRH-VCF
                                    )
            Plaintiff,              ) ORDER
vs.                                 )
                                    )
GILBERTO SANCHEZ-CANO,              )
                                    )
            Defendant.              )
_____)

Defendant, <u>Gilberto Sanchez-Cano</u>, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Presentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

DATED this 25 day of October, 2012.

APPROVED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

✓ FILED        ___ RECEIVED
___ ENTERED    ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

OCT 2 5 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: PPm                    DEPUTY